UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, N. C.
AUG 2 3 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| | ) | 5:05CR235-V |
| V. | ) | |
| | ) | ORDER SEALING |
| | ) | BILL OF INDICTMENT |
| (1) WHITNEY KERMIT SIMON | ) | |
| (2) CHRIS JAMES ERIC PATTERSON | ) | |
|     a/k/a "Man" | ) | |
| (3) MALIK MONTREASE MOORE | ) | |
| (4) CHAD TYRONE KINCAID | ) | |
|     a/k/a "Big Meat" | ) | |
| (5) GILBERT GARRILLE CALDWELL | ) | |
|     a/k/a "Gill" | ) | |
|     a/k/a "Gillie" | ) | |
| (6) JOSEPH EDWARD BROWN, JR. | ) | |
| (7) ANDRE ORLANDA STEPHENS | ) | |
| (8) EDWARD RYAN ISAAC CHANDLER | ) | |
|     a/k/a "Little Willie" | ) | |
| (9) TRAVIS JEARARD CARLTON | ) | |
|     a/k/a "Big Nasty" | ) | |
|     a/k/a "Rod" | ) | |
| (10) MICHAEL DWAYNE HOWELL | ) | |
|     a/k/a "Black" | ) | |
| (11) THOMAS JEFFREY EDMISTEN | ) | |
|     a/k/a "TJ" | ) | |
| (12) YANCEY LECALL BANNER | ) | |
| (13) ROBERT IVAN HORTON | ) | |
|     a/k/a "Shug" | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment and all 21 U.S.C. § 851 Notices in this matter be sealed, pursuant to the on-going nature of the investigation in this matter;

NOW THEREFORE IT IS ORDERED that the Bill of Indictment and all 21 U.S.C. § 851 Notices in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 23rd day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE