**F I L E D**
CHARLOTTE, N. C.

SEP  9 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR235-V |
| | ) | |
| v. | ) | |
| | ) | ORDER TO UNSEAL |
| | ) | INDICTMENT AND |
| WHITNEY KERMIT SIMON, et al. | ) | 851 NOTICES |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the indictment and 851 Notices in the case numbered above; and

IT APPEARING to the Court that said the reasons for sealing the indictment and 851 Notices no longer exist;

NOW, THEREFORE, IT IS ORDERED that the indictment and 851 Notices in the above-numbered case be unsealed.

This the 12th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE